IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CV-267-BR

| | |
|---|---|
| ANDRE MITCHELL and CHRISTINE MITCHELL, ) ) ) Plaintiffs, ) ) v. ) ) MARRIOTT INTERNATIONAL, INC., d/b/a ) COURTYARD BY MARRIOTT; ) WACHOVIA CORPORATION, d/b/a ) WACHOVIA BANK; VISA U.S.A., INC. ) d/b/a VISA, ) ) Defendants. ) | **ORDER** |

This case comes before the court on the motion of plaintiffs Andre and Christine Mitchell ("plaintiffs") (D.E. 34) for a second extension of time to designate a mediator. Defendants do not oppose plaintiffs' motion. For good cause shown, plaintiffs' motion for extension is ALLOWED. The parties shall have up to and including 12 July 2010 in which to designate a mediator for this case and file the statement required by Local Civil Rule 101.1c(a). All other provisions in the Scheduling Order (D.E. 30) remain in effect.

SO ORDERED, this 12 day of July 2010.

James E. Gates
United States Magistrate Judge